UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JOHN DUQUETTE
on behalf of himself and all
others similarly situated,

       Plaintiff,

v.

INTERTAPE POLYMER CORP.

       Defendant

Case No. 19-cv-460

## VOLUNTARY STIPULATION OF DISMISSAL

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

Dated: September 16, 2019    By: *s/ Scott S. Luzi*
    Scott S. Luzi, SBN 1067405
    Walcheske & Luzi, LLC
    15850 W. Bluemound Road, Suite 304
    Brookfield, Wisconsin 53005
    Telephone: (262) 780-1953
    Email: sluzi@walcheskeluzi.com
    *Attorneys for Plaintiff*

Dated: September 16, 2019    By: *s/ Jennifer L. Ciralsky*
    Jennifer L. Ciralsky, SBN 1068092
    LITTLER MENDELSON, P.C.
    111 East Kilbourn Avenue, Suite 1000
    Milwaukee, Wisconsin 53202
    Telephone: (414) 291-5536
    Email: jciralsky@littler.com
    *Attorneys for Defendant*